UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10/10/2011

FEDERAL HOUSING FINANCE
AGENCY, AS CONSERVATOR FOR THE
FEDERAL NATIONAL MORTGAGE
ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE
CORPORATION,

                Plaintiff,

      v.

JPMORGAN CHASE & CO.; JPMORGAN
CHASE BANK, N.A.; J.P. MORGAN
MORTGAGE ACQUISITION
CORPORATION; J.P. MORGAN
SECURITIES LLC (f/k/a J.P. MORGAN
SECURITIES INC.); J.P. MORGAN
ACCEPTANCE CORPORATION I; EMC
MORTGAGE LLC (f/k/a EMC
MORTGAGE CORPORATION); BEAR
STEARNS & CO., INC.; STRUCTURED
ASSET MORTGAGE INVESTMENTS II
INC.; BEAR STEARNS ASSET BACKED
SECURITIES I LLC; WAMU ASSET
ACCEPTANCE CORPORATION; WAMU
CAPITAL CORPORATION;
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORPORATION; LONG
BEACH SECURITIES CORPORATION;
CITIGROUP GLOBAL MARKETS, INC.;
CREDIT SUISSE SECURITIES (USA)
LLC; GOLDMAN, SACHS & CO.; RBS
SECURITIES, INC.; DAVID M. DUZYK;
LOUIS SCHIOPPO, JR.; CHRISTINE E.
COLE; EDWIN F. MCMICHAEL;
WILLIAM A. KING; BRIAN BERNARD;
MATTHEW E. PERKINS; JOSEPH T.
JURKOWSKI, JR.; SAMUEL L.
MOLINARO, JR.; THOMAS F. MARANO;
KIM LUTTHANS; KATHERINE
GARNIEWSKI; JEFFREY MAYER;
JEFFREY L. VERSCHLEISER; MICHAEL
B. NIERENBERG; RICHARD CAREAGA;
DAVID BECK; DIANE NOVAK;

No. 11-cv-6188 (DLC)

```
THOMAS GREEN; ROLLAND             :
JURGENS; THOMAS G. LEHMANN;       :
STEPHEN FORTUNATO; DONALD         :
WILHELM; MICHAEL J. KULA; CRAIG   :
S. DAVIS; MARC K. MALONE;         :
MICHAEL L. PARKER; MEGAN M.       :
DAVIDSON; DAVID H. ZIELKE;        :
THOMAS W. CASEY; JOHN F.          :
ROBINSON; KEITH JOHNSON;          :
SUZANNE KRAHLING; LARRY           :
BREITBARTH; MARANGAL I.           :
DOMINGO; TROY A. GOTSCHALL;       :
ART DEN HEYER; AND STEPHEN        :
LOBO,                             :
                                  :
              Defendants.         :
                                  :
----------------------------------x
```

## STIPULATION AND [PROPOSED] ORDER

This Stipulation is entered into between Plaintiff Federal Housing Finance Agency ("Plaintiff"), and Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), J.P. Morgan Acceptance Corporation I, EMC Mortgage LLC (f/k/a EMC Mortgage Corporation), Bear Stearns & Co., Inc., Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., RBS Securities Inc., Stephen Fortunato, Christine Cole, Louis Schioppo, David Beck, Michael Kula, Marc Malone and Michael Parker (collectively "Represented Defendants" and, together with Plaintiff, "Parties"), by their respective undersigned counsel.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Represented Defendants that, subject to any further agreement between the parties or Order of this Court:

(1) For the Represented Defendants and for any other Defendant who as of the date of this Stipulation already (a) has been properly served with the complaint, or (b) has agreed to service upon counsel for the Represented Defendants, the time to move to dismiss, answer or otherwise respond to the Complaint in this action is extended until December 2, 2011;

(2) Plaintiff's time to oppose a motion to dismiss or otherwise respond to a motion or other filing pursuant to paragraph (1), above, is extended until March 2, 2012;

(3) the time for Represented Defendants and for any other Defendant who as of the date of this Stipulation already (a) has been properly served with the complaint, or (b) has agreed to service upon counsel for the Represented Defendants, to reply, as applicable, to a motion or other filing pursuant to paragraph (1), above, is extended until April 16, 2012; and

(4) neither Plaintiff nor Defendants waive any rights to seek from each other or the Court, or to oppose, any further adjournments or extensions of these deadlines or any other deadlines; and

(5) the Represented Defendants, through their counsel, have accepted service of the Complaint, such service is now sufficient and complete; and any arguments challenging the sufficiency or adequacy of such service have been waived.

(6) Subject to any further agreement or order of the Court, any Defendants who as of the date of this Stipulation have not properly been served and have not agreed to service upon counsel for the Represented Defendants shall be obligated to respond by December 2, 2011 or 21 days following service of the complaint, whichever is later;

      (7)    subject to paragraph (5), the entry into this Stipulation shall not waive any rights, claims or other defenses, including, without limitation, defenses relating to jurisdiction and venue, all of which are expressly preserved.

Dated: New York, New York
          September 30, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy (philippeselendy@quinnemanuel.com)
Manisha M. Sheth (manishasheth@quinnemanuel.com)
51 Madison Avenue
New York, NY 10010-1601
Telephone: 212-849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*


SULLIVAN & CROMWELL LLP

By:_____
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Jordan T. Razza (razzaj@sullcrom.com)
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Attorneys for Defendant Goldman, Sachs & Co.*


PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By:_____
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Defendant Citigroup Global Markets Inc.*


CRAVATH, SWAINE & MOORE LLP

By:_____
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

/s/ Denise Cote
  Oct. 10, 2011

(7) subject to paragraph (5), the entry into this Stipulation shall not waive any rights, claims or other defenses, including, without limitation, defenses relating to jurisdiction and venue, all of which are expressly preserved.

Dated: New York, New York
September 30, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:_____
Philippe Z. Selendy (philippeselendy@quinnemanuel.com)
Manisha M. Sheth (manishasheth@quinnemanuel.com)
51 Madison Avenue
New York, NY 10010-1601
Telephone: 212-849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

SULLIVAN & CROMWELL LLP

By:_____
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Jordan T. Razza (razzaj@sullcrom.com)
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Attorneys for Defendant Goldman, Sachs & Co.*

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By:_____
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Defendant Citigroup Global Markets Inc.*

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

(7) subject to paragraph (5), the entry into this Stipulation shall not waive any rights, claims or other defenses, including, without limitation, defenses relating to jurisdiction and venue, all of which are expressly preserved.

Dated: New York, New York
September 30, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:_____
Philippe Z. Selendy (philippeselendy@quinnemanuel.com)
Manisha M. Sheth (manishasheth@quinnemanuel.com)
51 Madison Avenue
New York, NY 10010-1601
Telephone: 212-849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

SULLIVAN & CROMWELL LLP

By:_____
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Jordan T. Razza (razzaj@sullcrom.com)
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Attorneys for Defendant Goldman, Sachs & Co.*

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: /s/ Brad S. Karp
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Defendant Citigroup Global Markets Inc.*

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

-4-

(7)     subject to paragraph (5), the entry into this Stipulation shall not waive any rights, claims or other defenses, including, without limitation, defenses relating to jurisdiction and venue, all of which are expressly preserved.

Dated: New York, New York
September 30, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:_____
Philippe Z. Selendy (philippeselendy@quinnemanuel.com)
Manisha M. Sheth (manishasheth@quinnemanuel.com)
51 Madison Avenue
New York, NY 10010-1601
Telephone: 212-849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

SULLIVAN & CROMWELL LLP

By:_____
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Jordan T. Razza (razzaj@sullcrom.com)
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Attorneys for Defendant Goldman, Sachs & Co.*

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By:_____
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Defendant Citigroup Global Markets Inc.*

CRAVATH, SWAINE & MOORE LLP

By:_/s/ M. Reynolds/_____
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

-4-

SULLIVAN & CROMWELL LLP

By: _____
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
David A. Castleman (castlemand@sullcrom.com)
125 Broad Street
New York, NY  10004
Telephone:  212-558-4000
Facsimile:  212-558-3588

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), J.P. Morgan Acceptance Corporation I, Bear Stearns & Co. Inc., EMC Mortgage LLC (f/k/a EMC Mortgage Corporation), Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants*

SIMPSON THACHER & BARTLETT LLP

By: _____
Thomas C. Rice (trice@stblaw.com)
Alan C. Turner (aturner@stblaw.com)
David J. Woll (dwoll@stblaw.com)
425 Lexington Avenue
New York, NY  10017-3954
Telephone:  212-455-2000
Facsimile:  212-455-2502

*Attorneys for Defendant RBS Securities Inc.*

SO ORDERED

_____

Hon. _____, U.S.D.J.

-5-

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | SIMPSON THACHER & BARTLETT LLP |
| By:_____ | By: _David Woll_ / ARW |
| Penny Shane (shanep@sullcrom.com) | Thomas C. Rice (trice@stblaw.com) |
| Sharon L. Nelles (nelless@sullcrom.com) | Alan C. Turner (aturner@stblaw.com) |
| Jonathan M. Sedlak (sedlakj@sullcrom.com) | David J. Woll (dwoll@stblaw.com) |
| David A. Castleman (castlemand@sullcrom.com) | 425 Lexington Avenue |
| 125 Broad Street | New York, NY 10017-3954 |
| New York, NY 10004 | Telephone: 212-455-2000 |
| Telephone: 212-558-4000 | Facsimile: 212-455-2502 |
| Facsimile: 212-558-3588 | |
| | *Attorneys for Defendant RBS Securities Inc.* |

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), J.P. Morgan Acceptance Corporation I, Bear Stearns & Co. Inc., EMC Mortgage LLC (f/k/a EMC Mortgage Corporation), Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants*

SO ORDERED

_____

Hon. _____, U.S.D.J.