```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X    11 Civ. 5201 (DLC)
                                        :    11 Civ. 6188 (DLC)
                                        :    11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :    11 Civ. 6190 (DLC)
                                        :    11 Civ. 6192 (DLC)
                     Plaintiff,         :    11 Civ. 6193 (DLC)
                                        :    11 Civ. 6195 (DLC)
         -v-                            :    11 Civ. 6196 (DLC)
                                        :    11 Civ. 6198 (DLC)
                                        :    11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,              :    11 Civ. 6201 (DLC)
                     Defendants;        :    11 Civ. 6202 (DLC)
                                        :    11 Civ. 6203 (DLC)
                                        :    11 Civ. 6739 (DLC)
And other FHFA cases.                   :    11 Civ. 7010 (DLC)
                                        :    11 Civ. 7048 (DLC)
                                        :
----------------------------------------X         ORDER
```

DENISE COTE, District Judge:

The parties have submitted materials in anticipation of a conference previously scheduled to take place by telephone tomorrow, November 6. In light of the complexity of the issues raised in these submissions, it is hereby

ORDERED that the conference will not be held over the telephone but will instead take place in-person tomorrow, November 6, at 2:00 PM in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:
Dated:   New York, New York
         November 5, 2012

_____
DENISE COTE
United States District Judge