JPMorgan and Ally Defendants' Letter re: Joint Motion for Bar Order



June 21, 2013

Via Electronic Mail

Hon. Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan
           United States Courthouse,
              500 Pearl St.,
                  New York, New York 10007-1312

        Re:    FHFA Actions, Nos. 11-cv-6188 and 11-cv-7010 (DLC)

Your Honor:

        We write on behalf of JPMorgan Chase & Co. and its affiliated entity defendants ("JPMorgan") and Ally Financial Inc. and its affiliated entity defendants ("Ally") in the above-captioned cases (the "Actions") with respect to the Joint Motion for Orders of Voluntary Dismissal with Prejudice and Bar Orders (the "Motion"), which was filed on May 29, 2013 by Plaintiff Federal Housing Finance Authority and Citigroup Inc. and its affiliated entity defendants.

        We appreciate Your Honor's grant of an extension of time to respond to the Motion. Neither JPMorgan nor Ally will oppose the Motion.

                                          Respectfully,

                                          (signature blocks on next page)

-2-

Hon. Denise L. Cote

_/s/ Penny Shane_
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants*

_/s/ Catherine A. Bernard_
Reginald R. Goeke (rgoeke@mayerbrown.com)
Catherine A. Bernard
(cbernard@mayerbrown.com)
MAYER BROWN LLP
1999 K St., N.W.
Washington, D.C. 20006
(202) 263-3000

Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
(212) 506-2500

*Attorneys for Defendants Ally Financial Inc. and GMAC Mortgage Group, Inc.*