**FHFA Letter re Plaintiff's Rebuttal to Defendant RBSSI's Non-SLG Set**

August 20, 2013



**VIA ELECTRONIC MAIL**
The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   FHFA Actions, Nos. 11 Civ. 6188, 6201, 6739, 7010 (DLC) (S.D.N.Y.)

Dear Judge Cote:

On behalf of Plaintiff FHFA, we write regarding the Non-SLG Diligence Set disclosed by Defendant RBS Securities, Inc. ("RBSSI") in the above-captioned four actions, and FHFA's disclosure of a Set in rebuttal thereto, pursuant to the Supplemental Expert Scheduling Order dated February 27, 2013.

FHFA respectfully requests that its due date for disclosing its rebuttal set be extended, from August 26, 2013, the date set in the Court's June 19 Order [Dkt. 509, 11 Civ. 6188], to September 9, 2013. RBSSI has consented to this request for a two-week extension.

Granted.

/s/ Denise Cote
8/21/13

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
8-21-2013

The Honorable Denise L. Cote											August 20, 2013

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. JPMorgan Chase & Co.*

/s/ Richard A. Schirtzer
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Nomura Holding America, Inc.*

/s/ Michael A. Hanin
Michael A. Hanin
(mhanin@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN, LLP
1633 Broadway
New York, NY 10019

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc. and FHFA v. Morgan Stanley*

cc:    All Counsel of Record