**MEMO ENDORSED**

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
8/26/13

August 23, 2013

The Honorable Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street, Room 1610, New York, NY 10007-1312.

            Re:    *FHFA v. JPMorgan Chase & Co., et al.*, No. 11-Civ-6188

Dear Judge Cote:

        I write on behalf of JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and their related entity defendants in this action (collectively, "JPMorgan"). Since the conference before the Court on August 22, my colleagues and I have begun coordinating with JPMorgan to locate and select documents for *in camera* review in accordance with the Court's instructions. Following our preliminary conversations on this topic, it is now clear that additional time (beyond the September 3 date that I requested at the conference) will be required to accomplish this task.

        Many supporting and investigation documents concerning suspicious activity investigations prior to 2009 are stored in hard copy files offsite, and we are still trying to identify all possible storage locations for such files. To date we have identified approximately 950 banker boxes holding approximately 23,750 separate paper files. Related records may also be contained in multiple databases, some of which are known to have been decommissioned and are therefore not easily accessible. Since 2009, supporting and investigation documents concerning suspicious activity investigations are imaged and stored electronically. Those records are also voluminous.

        Given the work that must be done to locate the various documents from which exemplars for *in camera* review need to be selected, I respectfully request that the Court extend JPMorgan's deadline to provide those documents to September 17, 2013.

*Denied. As described in the 8/26/13 letter from Ms. Shekh, the production of documents for in camera review is limited. To reduce any burden, JPMorgan should produce the referral, LRS and for 2 examples, the SAR; it need not produce the investigative file for the "Sample Sets."*

*Denise Cote*
*8/26/13*

Sincerely,

/s Penny Shane

Penny Shane