**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7441**

WRITER'S INTERNET ADDRESS
**manishasheth@quinnemanuel.com**

September 5, 2013

<u>VIA ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. JPMorgan Chase & Co. et al.*, 11 Civ. 6188 (DLC) (S.D.N.Y.)

Dear Judge Cote:

      Pursuant to the Court's September 3, 2013 Order (Dkt. No. 627), we write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") to inform the Court that FHFA does not have any redactions to Defendants' Reply Memorandum of Law in Support of its Motion for Severance or the accompanying Declaration of Penny Shane dated August 30, 2013, and accompanying exhibits.  Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      Manisha M. Sheth

cc: Counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS