```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
FEDERAL HOUSING FINANCE AGENCY,            :
                                           :
                Plaintiff,                 :
                                           :
        -v-                                :    11 Civ. 6188 (DLC)
                                           :
                                           :        ORDER
                                           :
JPMORGAN CHASE & CO., et al.,              :
                                           :
                Defendants.                :
                                           :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On September 3, 2013, the parties each provided submissions regarding the discoverability of certain categories of documents that have been referred to broadly as "fraud reports." It is hereby

ORDERED that any responsive submissions by either party shall be filed by September 17, 2013. Any reply submissions shall be filed by September 23, 2013.

Dated:   New York, New York
         September 5, 2013

                                    _____
                                            DENISE COTE
                                    United States District Judge