September 9, 2013

**VIA ECF**

*The redactions are approved.*

*/s/ Denise Cote*
9/11/13

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

    Re:    *FHFA Actions*, No. 11-cv-5201, *et al.* (DLC) (S.D.N.Y.)

Dear Judge Cote:

    We write on behalf of the Federal Housing Finance Agency ("FHFA") in response to the August 30, 2013 cover letter from Andrew Frankel pertaining to Defendants' proposed sealing/redactions to their Motion to Compel Production of Documents Withheld on the Basis of the Bank Examination and Deliberative Process Privileges.

    FHFA concurs in Defendants' proposed redactions of the entirety of Exhibit H, as well as footnote 17 on page 15 of their Memorandum of Law. FHFA does not believe any additional redactions are necessary related to Defendants' recent filing.

    Thank you for Your Honor's consideration regarding this matter.

                                                    Respectfully submitted,

| | |
|---|---|
| /s/ Philippe Z. Selendy | /s/ Richard A. Schirtzer |
| Philippe Z. Selendy | Richard A. Schirtzer |
| (philippeselendy@quinnemanuel.com) | (richardschirtzer@quinnemanuel.com) |
| QUINN EMANUEL URQUHART & | Adam Abensohn |
|   SULLIVAN, LLP | (adamabensohn@quinnemanuel.com) |
| 51 Madison Avenue, 22nd Floor | QUINN EMANUEL URQUHART & |
| New York, New York 10010 |   SULLIVAN, LLP |
| (212) 849-7000 | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. JP Morgan Chase & Co., FHFA v. Deutsche Bank AG, and FHFA v. Goldman, Sachs & Co.* | *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc., and FHFA v. Nomura Holding America, Inc.* |

*MEMO ENDORSED*

/s/ Christine H. Chung
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp., FHFA v. Bank of America Corp., and FHFA v. Credit Suisse Holdings (USA), Inc.*

/s/ Eric Bruce
Eric Bruce
(eric.bruce@kobrekim.com )
Steven W. Perlstein
(steven.perlstein@kobrekim.com)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1203

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. JPMorgan Chase & Co., FHFA v. HSBC North America Holdings Inc., FHFA v. Barclays Bank Plc, FHFA v. Deutsche Bank AG, FHFA v. First Horizon National Corporation, FHFA v. Bank of America Corporation, FHFA v. Goldman, Sachs and Co., FHFA v. Credit Suisse Holdings (USA), Inc., FHFA v. Nomura Holding America, Inc., FHFA v. Merrill Lynch & Co., Inc., FHFA v. Ally Financial Inc., and FHFA v. SG Americas, Inc*

/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. JP Morgan Chase & Co., FHFA v. Barclays Bank PLC, and FHFA v. Merrill Lynch & Co., Inc.*

/s/ Kanchana Wangkeo Leung
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc., FHFA v. Morgan Stanley, and FHFA v. SG Americas, Inc.*

cc: All Counsel of Record