**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 20, 2013

Via Electronic Mail

Hon. Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan
            United States Courthouse,
                500 Pearl St.,
                    New York, New York 10007-1312

Re:   *FHFA* v. *JPMorgan Chase & Co. et al.*, 11 Civ. 6188 (DLC) (S.D.N.Y.)

Your Honor:

We write on behalf of JPMorgan Chase & Co. and its affiliated entity defendants ("JPMorgan") in the above-captioned case with respect to the Motion for a Protective Order filed by JPMorgan on September 3, 2013 (the "Motion"). We respectfully request a two-day extension of the deadline to submit a reply brief in support of the Motion, until Wednesday, September 25, 2013. FHFA does not oppose the request for additional time.

Respectfully,

/s/ Penny Shane

Penny Shane

cc:   Counsel for the Parties