UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :
FEDERAL HOUSING FINANCE                                :
AGENCY etc.,                                           :
                                                       :   No. 11 Civ. 6188 (DLC)
                          Plaintiff,                   :
                                                       :
              -against-                                :
                                                       :
JPMORGAN CHASE & CO., et al.,                          :
                                                       :
                          Defendants.                  :
-------------------------------------------------------x
                                                       :
FEDERAL HOUSING FINANCE                                :
AGENCY, etc.,                                          :
                                                       :   11 Civ. 6193 (DLC)
                          Plaintiff,                   :
                                                       :
              -against-                                :
                                                       :
FIRST HORIZON NATIONAL CORP., et                       :
al.,                                                   :
                                                       :
                          Defendants.                  :
-------------------------------------------------------x
                                                       :
FEDERAL HOUSING FINANCE                                :
AGENCY, etc.,                                          :
                                                       :   11 Civ. 6203 (DLC)
                          Plaintiff,                   :
                                                       :
              -against-                                :
                                                       :
SG AMERICAS, INC., et al.,                             :
                                                       :
                          Defendants.                  :
-------------------------------------------------------x
```

-2-

```
---------------------------------------------------------x
                                                         :
FEDERAL HOUSING FINANCE                                  :
AGENCY, etc.,                                            :
                                                         :   11 Civ. 7010 (DLC)
                    Plaintiff,                           :
                                                         :
        -against-                                        :
                                                         :
ALLY FINANCIAL INC., et al.,                             :
                                                         :
                    Defendants.                          :
---------------------------------------------------------x
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon their Joint Motion to Stay Proceedings, plaintiff Federal Housing Finance Agency ("Plaintiff") and defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage LLC, Bear Stearns & Co., Inc., Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation, David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, Edwin F. McMichael, William A. King, Brian Bernard, Joseph T. Jurkowski, Jr., Katherine Garniewski, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens, Thomas G. Lehmann, Stephen Fortunato, Donald Wilhelm, Mark K. Malone, Michael L. Parker, David H. Zielke, Thomas W. Casey, John F. Robinson, Keith Johnson, Suzanne Krahling, Larry Breitbarth, Art Den Heyer, Matthew E. Perkins, Tom Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, Samuel L. Molinaro, Jr., Jeffrey Mayer and Kim Lutthans (collectively, "Defendants", and together with Plaintiff, the "Parties") by and through their undersigned counsel, will move this Court, before the Honorable Denise Cote, United States District Judge, at

the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an order granting the Parties' Joint Motion to Stay Proceedings.

Dated:   New York, New York
         October 28, 2013

Respectfully Submitted,


 /s/ Penny Shane
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
SULLIVAN & CROMWELL LLP
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
125 Broad Street
New York, NY  10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage LLC, Bear Stearns & Co., Inc., Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation, David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, Edwin F. McMichael, William A. King, Brian Bernard, Joseph T. Jurkowski, Jr., Katherine Garniewski, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens, Thomas G. Lehmann, Stephen Fortunato, Donald Wilhelm, Marc K. Malone, Michael L. Parker, David H. Zielke, Thomas W. Casey, John F. Robinson, Keith Johnson, Suzanne Krahling, Larry Breitbarth, and Art Den Heyer.*

 /s/ Manisha M. Sheth
Manisha M. Sheth (manishasheth@quinnemanuel.com)
Christine H. Chung (christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA* v. *JPMorgan Chase & Co.* and *FHFA* v. *First Horizon National Corp.*


 /s/ Marc E. Kasowitz
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com )
Kanchana Wangkeo Leung (kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA* v. *Ally Financial Inc.*, and *FHFA* v. *SG Americas, Inc.*

/s/ Sandra Hauser
Sandra Hauser (sandra.hauser@dentons.com)
Lauren Beth Perigut
(lauren.perlgut@dentons.com)
DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800

*Attorneys for  Matthew E. Perkins*

/s/ Dani R. James
Dani R. James (djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS &
     FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant Jeffrey L. Verschleiser*

/s/ Richard A. Edlin
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue,
New York, NY 10166
Phone: 212-801-9200

*Attorneys for Defendant Jeffrey Mayer*

/s/ Joel C. Haims
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy (ldearcy@mofo.com)
James Joseph Beha, II (jbeha@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

*Attorneys for Tom Marano and Michael B. Nierenberg*

/s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

*Attorneys for Samuel L. Molinaro, Jr.*

/s/ Theresa Marie Trzaskoma
Theresa Marie Trzaskoma
(ttrzaskoma@bruneandrichard.com)
David Elbaum
(delbaum@bruneandrichard.com)
Jessica Renee Holloway
(jholloway@bruneandrichard.com)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004

*Attorneys for Kim Lutthans*