**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY etc., | : : : : |
| Plaintiff, | : : |
| -against- | : : |
| JPMORGAN CHASE & CO., et al., | : : : |
| Defendants. | : |

No. 11 Civ. 6188 (DLC)

------------------------------------------------------x

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc., | : : : |
| Plaintiff, | : : |
| -against- | : : |
| FIRST HORIZON NATIONAL CORP., et al., | : : : : |
| Defendants. | : |

11 Civ. 6193 (DLC)

------------------------------------------------------x

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc., | : : : |
| Plaintiff, | : : |
| -against- | : : |
| SG AMERICAS, INC., et al., | : : : |
| Defendants. | : |

11 Civ. 6203 (DLC)

------------------------------------------------------x

```
-------------------------------------------------x
                                                 :
FEDERAL HOUSING FINANCE                          :
AGENCY, etc.,                                    :
                                                 :       11 Civ. 7010 (DLC)
                        Plaintiff,               :
                                                 :
              -against-                          :
                                                 :
ALLY FINANCIAL INC., et al.,                     :
                                                 :
                        Defendants.              :
                                                 :
-------------------------------------------------x
```

## <u>JOINT MOTION TO STAY PROCEEDINGS</u>

   1. On October 25, 2013 plaintiff Federal Housing Finance Agency

("Plaintiff") and defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan

Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance

Corporation I, EMC Mortgage LLC, Bear Stearns & Co., Inc., Structured Asset Mortgage

Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance

Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation,

Long Beach Securities Corporation, David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole,

Edwin F. McMichael, William A. King, Brian Bernard, Joseph T. Jurkowski, Jr., Katherine

Garniewski, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens, Thomas G. Lehmann,

Stephen Fortunato, Donald Wilhelm, Mark K. Malone, Michael L. Parker, David H. Zielke,

Thomas W. Casey, John F. Robinson, Keith Johnson, Suzanne Krahling, Larry Breitbarth, Art

Den Heyer, Matthew E. Perkins, Tom Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser,

Samuel L. Molinaro, Jr., Jeffrey Mayer and Kim Lutthans (collectively, "Defendants") entered

into a settlement agreement ("Agreement") to resolve claims in the above referenced actions (the

"Actions").

2.      Under the terms of the Agreement, Plaintiff and Defendants (the "Parties") agreed to jointly move for a stay of the claims against Defendants ("Claims") within one business day of executing the Agreement.

3.      In accordance with the terms of the Agreement , the Parties shall jointly file a stipulation of voluntary dismissal with prejudice within one business day of the GSEs' receipt of the Settlement Payment.  Presently, the Parties anticipate the Settlement Payment to be made on or about November 18, 2013.

4.      The Parties, therefore, request that the Court enter the enclosed proposed order granting the Parties' Motion to Stay Proceedings until an order dismissing and/or discontinuing the Claims and/or Actions has been entered.

Dated:   New York, New York
         October 28, 2013

Respectfully Submitted,


 /s/ Penny Shane
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
SULLIVAN & CROMWELL LLP
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
125 Broad Street
New York, NY  10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage LLC, Bear Stearns & Co., Inc., Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities*

 /s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA* v. *JPMorgan Chase & Co.* and *FHFA* v. *First Horizon National Corp.*

 /s/ Marc E. Kasowitz
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com )

*Corporation, David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, Edwin F. McMichael, William A. King, Brian Bernard, Joseph T. Jurkowski, Jr., Katherine Garniewski, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens, Thomas G. Lehmann, Stephen Fortunato, Donald Wilhelm, Marc K. Malone, Michael L. Parker, David H. Zielke, Thomas W. Casey, John F. Robinson, Keith Johnson, Suzanne Krahling, Larry Breitbarth, and Art Den Heyer.*

Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA* v. *Ally Financial Inc.*, and *FHFA* v. *SG Americas, Inc.*

 /s/ Sandra Hauser
Sandra Hauser (sandra.hauser@dentons.com)
Lauren Beth Perigut
(lauren.perlgut@dentons.com)
DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800

*Attorneys for  Matthew E. Perkins*

 /s/ Joel C. Haims
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy (ldearcy@mofo.com)
James Joseph Beha, II (jbeha@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

*Attorneys for Tom Marano and Michael B. Nierenberg*

 /s/ Dani R. James
Dani R. James (djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant Jeffrey L. Verschleiser*

 /s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

*Attorneys for Samuel L. Molinaro, Jr.*

 /s/ Richard A. Edlin
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue,
New York, NY 10166
Phone: 212-801-9200

*Attorneys for Defendant Jeffrey Mayer*

 /s/ Theresa Marie Trzaskoma
Theresa Marie Trzaskoma
(ttrzaskoma@bruneandrichard.com)
David Elbaum
(delbaum@bruneandrichard.com)
Jessica Renee Holloway
(jholloway@bruneandrichard.com)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004

*Attorneys for Kim Lutthans*