**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
FEDERAL HOUSING FINANCE AGENCY etc.,

    Plaintiff,

    -against-

JPMORGAN CHASE & CO., et al.,

    Defendants.

No. 11 Civ. 6188 (DLC)

---------------------------------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

    Plaintiff,

    -against-

FIRST HORIZON NATIONAL CORP., et al.,

    Defendants.

11 Civ. 6193 (DLC)

---------------------------------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

    Plaintiff,

    -against-

SG AMERICAS, INC., et al.,

    Defendants.

11 Civ. 6203 (DLC)

---------------------------------------------------------x

```
-------------------------------------------------------x
                                                       :
FEDERAL HOUSING FINANCE                                :
AGENCY, etc.,                                          :
                                                       :   11 Civ. 7010 (DLC)
                        Plaintiff,                     :
                                                       :
           -against-                                   :
                                                       :
ALLY FINANCIAL INC., et al.,                           :
                                                       :
                        Defendants.                    :
-------------------------------------------------------x
```

### [Proposed] Order Granting the Parties' Joint Motion to Stay Proceedings

The Court, having considered all materials submitted in favor of the Parties' Joint Motion to Stay Proceedings, and finding good cause in support thereof, IT IS HEREBY ORDERED that:

The Parties' Motion to Stay Proceedings is GRANTED, and (a) the 11 Civ. 6188 action shall remain stayed pending the joint submission of a stipulation of voluntary dismissal with prejudice as to the settling defendants and (b) the claims against the defendants named in the Motion to Stay Proceedings ("Defendants") in the 11 Civ. 6193, 11 Civ. 6203, 11 Civ. 7010 actions (but no other claims) shall remain stayed until an order discontinuing and/or dismissing the claims against Defendants and/or Actions has been entered following submission of the above-referenced stipulation.

DATED:  October __, 2013

By: _____
    The Honorable Denise L. Cote
    United States District Court Judge