UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE CORPORATION,

                       Plaintiff,

-against-

JPMORGAN CHASE & CO., *et al.*,

                       Defendants.

11 Civ. 6188 (DLC)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff, Federal Housing Finance Agency, and Defendants JPMorgan Chase & Co., JPMorgan Chase Bank N.A., J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), Bear Stearns & Co., Inc., Bear Stearns Asset Backed Securities I LLC, EMC Mortgage LLC (f/k/a EMC Mortgage Corporation), Structured Asset Mortgage Investments II Inc., WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation, David Beck, Brian Bernard, Larry Breitbarth, Richard Careaga, Thomas W. Casey, Christine E. Cole, Art Den Heyer, David M. Duzyk, Stephen Fortunato, Katherine Garniewski, Keith Johnson, Rolland Jurgens, Joseph T. Jurkowski, Jr, William A. King, Suzanne Krahling, Thomas G. Lehmann, Kim Lutthans, Marc K. Malone, Thomas F. Marano, Jeffrey Mayer, Edwin F. McMichael, Samuel L. Molinaro, Jr,

Michael B. Nierenberg, Diane Novak, Michael L. Parker, Matthew E. Perkins, John F. Robinson, Louis Schioppo, Jr, Jeffrey L. Verschleiser Donald Wilhelm and David H. Zielke have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, as to all parties, each party to bear its own costs, except to the extent agreed among the parties.

*So ordered.*

*Denise Cote*

*November 18, 2013*

Dated: November 11, 2013
New York, New York

By: /s/ Manisha Sheth

Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
Jordan A. Goldstein
(jordangoldstein@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave.
22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax. (212) 849-7100

*Attorneys for Plaintiff*
*Federal Housing Finance Agency, as*
*Conservator for Fannie Mae and Freddie Mac*

By: /s/ Sharon Nelles / OSL

Sharon L. Nelles
(nelless@sullcrom.com)
Penny Shane
(shanep@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Attorneys for the JPMorgan Defendants, David*
*M. Duzyk, Louis Schioppo, Jr., Christine E.*
*Cole, Edwin F. McMichael, William A. King,*
*Brian Bernard, Joseph T. Jurkowski, Jr.,*
*Richard Careaga, David Beck, Diane Novak,*
*Rolland Jurgens, Thomas G. Lehmann, Stephen*
*Fortunato, Donald Wilhelm, Marc K. Malone,*
*Michael L. Parker, David H. Zielke, Thomas W.*
*Casey, Suzanne Krahling, Larry Breitbarth, Art*
*Den Heyer*

By: /s/ Dani R. James
Dani R. James
(djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

*Attorneys for Jeffrey L. Verschleiser*

By:_____
Sandra Hauser
Patrick E. Fitzmaurice
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-768-6700
Facsimile: 212-768-6800

*Attorneys for Matthew Perkins*

By:_____
Theresa Trzaskoma
(ttrzaskoma@bruneandrichard.com)
David Elbaum
(delbaum@bruneandrichard.com)
Jessica Holloway
(jholloway@bruneandrichard.com)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004
Telephone: 212-668-1900
Facsimile: 212-668-0315

*Attorneys for Defendants Katharine
Garniewski, Keith Johnson, Kim Lutthans and
John F. Robinson*

By:_____
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

*Attorneys for Jeffrey Mayer*

By:_____
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy
(ldearcy@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-468-8000
Facsimile: 212-468-7900

*Attorneys for Tom Marano and Michael
Nierenberg*

By:_____
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
Facsimile: 212-610-6399

*Attorneys for Samuel L. Molinaro, Jr.*

4

By:_____
Dani R. James
(djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

*Attorneys for Jeffrey L. Verschleiser*

By: /s/ Sandra Hauser
Sandra Hauser
Patrick E. Fitzmaurice
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-768-6700
Facsimile: 212-768-6800

*Attorneys for Matthew Perkins*

By:_____
Theresa Trzaskoma
(ttrzaskoma@bruneandrichard.com)
David Elbaum
(delbaum@bruneandrichard.com)
Jessica Holloway
(jholloway@bruneandrichard.com)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004
Telephone: 212-668-1900
Facsimile: 212-668-0315

*Attorneys for Defendants Katharine
Garniewski, Keith Johnson, Kim Lutthans and
John F. Robinson*

By:_____
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

*Attorneys for Jeffrey Mayer*

By:_____
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy
(ldearcy@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-468-8000
Facsimile: 212-468-7900

*Attorneys for Tom Marano and Michael
Nierenberg*

By:_____
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
Facsimile: 212-610-6399

*Attorneys for Samuel L. Molinaro, Jr.*

4

By:_____
Dani R. James
(djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

*Attorneys for Jeffrey L. Verschleiser*


By:_____
Sandra Hauser
Patrick E. Fitzmaurice
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-768-6700
Facsimile: 212-768-6800

*Attorneys for Matthew Perkins*


By: /s/ Theresa Trzaskoma
Theresa Trzaskoma
(ttrzaskoma@bruneandrichard.com)
David Elbaum
(delbaum@bruneandrichard.com)
Jessica Holloway
(jholloway@bruneandrichard.com)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004
Telephone: 212-668-1900
Facsimile: 212-668-0315

*Attorneys for Defendants Katharine Garniewski, Keith Johnson, Kim Lutthans and John F. Robinson*


By:_____
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

*Attorneys for Jeffrey Mayer*


By:_____
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy
(ldearcy@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-468-8000
Facsimile: 212-468-7900

*Attorneys for Tom Marano and Michael Nierenberg*


By:_____
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
Facsimile: 212-610-6399

*Attorneys for Samuel L. Molinaro, Jr.*

4

By:_____
Dani R. James
(djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

*Attorneys for Jeffrey L. Verschleiser*


By:_____
Sandra Hauser
Patrick E. Fitzmaurice
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-768-6700
Facsimile: 212-768-6800

*Attorneys for Matthew Perkins*


By:_____
Theresa Trzaskoma
(ttrzaskoma@bruneandrichard.com)
David Elbaum
(delbaum@bruneandrichard.com)
Jessica Holloway
(jholloway@bruneandrichard.com)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004
Telephone: 212-668-1900
Facsimile: 212-668-0315

*Attorneys for Defendants Katharine Garniewski, Keith Johnson, Kim Lutthans and John F. Robinson*


By: /s/ Ronald D. Lefton
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

*Attorneys for Jeffrey Mayer*


By:_____
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy
(ldearcy@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-468-8000
Facsimile: 212-468-7900

*Attorneys for Tom Marano and Michael Nierenberg*


By:_____
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
Facsimile: 212-610-6399

*Attorneys for Samuel L. Molinaro, Jr.*

4

By:_____
Dani R. James
(djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

*Attorneys for Jeffrey L. Verschleiser*

By:_____
Sandra Hauser
Patrick E. Fitzmaurice
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-768-6700
Facsimile: 212-768-6800

*Attorneys for Matthew Perkins*

By:_____
Theresa Trzaskoma
(ttrzaskoma@bruneandrichard.com)
David Elbaum
(delbaum@bruneandrichard.com)
Jessica Holloway
(jholloway@bruneandrichard.com)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004
Telephone: 212-668-1900
Facsimile: 212-668-0315

*Attorneys for Defendants Katharine Garniewski, Keith Johnson, Kim Lutthans and John F. Robinson*

By:_____
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

*Attorneys for Jeffrey Mayer*

By: /s/ Joel C. Haims
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy
(ldearcy@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-468-8000
Facsimile: 212-468-7900

*Attorneys for Tom Marano and Michael Nierenberg*

By:_____
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
Facsimile: 212-610-6399

*Attorneys for Samuel L. Molinaro, Jr.*

4

By:_____
Dani R. James
(djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

*Attorneys for Jeffrey L. Verschleiser*

By:_____
Sandra Hauser
Patrick E. Fitzmaurice
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-768-6700
Facsimile: 212-768-6800

*Attorneys for Matthew Perkins*

By:_____
Theresa Trzaskoma
(ttrzaskoma@bruneandrichard.com)
David Elbaum
(delbaum@bruneandrichard.com)
Jessica Holloway
(jholloway@bruneandrichard.com)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004
Telephone: 212-668-1900
Facsimile: 212-668-0315

*Attorneys for Defendants Katharine Garniewski, Keith Johnson, Kim Lutthans and John F. Robinson*

By:_____
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

*Attorneys for Jeffrey Mayer*

By:_____
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy
(ldearcy@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-468-8000
Facsimile: 212-468-7900

*Attorneys for Tom Marano and Michael Nierenberg*

By: /s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
Facsimile: 212-610-6399

*Attorneys for Samuel L. Molinaro, Jr.*

By: *(signed)* Richard W. Clary
Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz
(lmoskowitz@cravath.com)
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Credit Suisse Securities (USA) LLC*

By:_____
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr.
(tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Attorneys for Goldman, Sachs & Co.*

By:_____
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for RBS Securities Inc. (f/k/a Greenwich Capital Markets Inc.)*

5

By:_____
Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz
(lmoskowitz@cravath.com)
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Credit Suisse Securities (USA) LLC*

By: /s/ Richard H. Klapper
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr.
(tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Attorneys for Goldman, Sachs & Co.*

By:_____
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for RBS Securities Inc. (f/k/a Greenwich Capital Markets Inc.)*

5

By:_____
Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz
(lmoskowitz@cravath.com)
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Credit Suisse Securities (USA) LLC*

By:_____
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for RBS Securities Inc. (f/k/a Greenwich Capital Markets Inc.)*

By:_____
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr.
(tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Attorneys for Goldman, Sachs & Co.*